# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | | |
|---|---|---|
| Chris Ternard Summers, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No.: 4:03-1861-12 |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |

The Court amends its order filed July 25, 2005, as follows:

On page 3, in the last line of the first paragraph, "the petitioner's claim of ineffective assistance of counsel for failing to file an appeal after the petitioner requested counsel to do so" is amended to read "the petitioner's claim of ineffective assistance of counsel."

**AND IT IS SO ORDERED**.

_C. Weston Houck_

**C. WESTON HOUCK**
**UNITED STATES DISTRICT JUDGE**

August 3, 2005
Charleston, South Carolina